# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baer, Janet S. | Bankruptcy Court- Northern District of Illinois | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Suite 662, Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Grantor and Trustee -12/11/2012 to present | Revocable Trust |
| 2. | Grantor and Co-Trustee - 11/26/19 to present | 2019 Family Trust |
| 3. | Successor Trustee-11/26/19 to present | Revocable Living Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/20-12/20 | ComEd - Severance and deferred compensation |
| 2. | 1/20-12/20 | Illinois Department of Employment Security - Unemployment Compensation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2/29/20-3/3/20 | New York, NY | Judge Moot Court Competition | Hotel, Travel, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Account (H) | | | | | | | | | |
| 2. -Fidelity Government Money Market Fund Cash Equivalent Account | A | Interest | J | T | | | | | |
| 3. -Fidelity Money Market Portfolio CL #1 Cash Equivalent Account | B | Interest | N | T | | | | | |
| 4. Fidelity Investment Account (H) | | | | | | | | | |
| 5. -T Rowe Price International Stock Fund | B | Int./Div. | L | T | Sold (part) | 03/26/20 | J | A | |
| 6. -T Rowe Price Capital Appreciation Fund # 1 | D | Int./Div. | M | T | Sold (part) | 03/11/20 | K | D | |
| 7. | | | | | Sold (part) | 05/05/20 | K | D | |
| 8. -Vanguard Wellington Investor Fund | D | Int./Div. | L | T | Sold (part) | 01/06/20 | J | B | |
| 9. | | | | | Sold (part) | 03/03/20 | J | A | |
| 10. | | | | | Sold (part) | 03/26/20 | L | A | |
| 11. -Fidelity Govt. Cash Reserves | A | Interest | K | T | | | | | |
| 12. -Fidelity Emerging Markets | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 13. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 14. | | | | | Sold (part) | 05/05/20 | K | A | |
| 15. | | | | | Buy (add'l) | 08/03/20 | K | | |
| 16. -Fidelity International Index Fund | A | Dividend | | | Sold | 05/05/20 | K | A | |
| 17. -Fidelity 500 Index Fund | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Fidelity Emerging Markerts Index Fund | A | Dividend | | | Sold | 03/03/20 | J | A | |
| 19.   -Fidelity Gowth Company | B | Dividend | J | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 20. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 21. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 22.   -Fidelity Select Natural Resources | A | Dividend | | | Sold | 02/04/20 | J | A | |
| 23.   -Fidelity SAI Tax Free Bond Fund | A | Dividend | L | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 24. | | | | | Sold<br>(part) | 03/03/20 | K | B | |
| 25. | | | | | Sold<br>(part) | 06/08/20 | K | A | |
| 26. | | | | | Sold<br>(part) | 08/03/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 09/16/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 10/20/20 | L | A | |
| 29. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 30.   -Oakmark Intl Investor CL | A | Dividend | | | Sold | 02/04/20 | K | A | |
| 31.   -I Share Core S & P Mid Cap ETF | A | Dividend | | | Sold | 03/12/20 | K | A | |
| 32.   -I Shares Core S & P Small Cap E | A | Dividend | J | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 33. | | | | | Sold<br>(part) | 02/05/20 | K | A | |
| 34. | | | | | Buy<br>(add'l) | 03/12/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/06/20 | K | A | |
| 36. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 37. | | | | | Sold (part) | 09/17/20 | J | A | |
| 38.   -FIdelity International Small Cap Opp Fund | A | Dividend | K | T | Buy | 05/05/20 | K | | |
| 39.   -Fidelity Total Emerging Markets FD | A | Dividend | K | T | Buy | 05/05/20 | K | | |
| 40. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 41. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 42.   -Fidelity Value Discovery Fund | A | Dividend | K | T | Buy | 03/26/20 | J | | |
| 43. | | | | | Buy (add'l) | 08/03/20 | K | | |
| 44. | | | | | Sold (part) | 10/20/20 | J | A | |
| 45. | | | | | Sold (part) | 12/16/20 | J | A | |
| 46.   -Fidelity SAI International Value Index Fund | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 47. | | | | | Sold | 03/11/20 | J | A | |
| 48. | | | | | Buy | 08/03/20 | J | | |
| 49. | | | | | Sold (part) | 10/20/20 | J | A | |
| 50.   -Fidelity SAI US Value Index Fund | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 51. | | | | | Buy (add'l) | 06/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 08/03/20 | J | A | |
| 53. | | | | | Sold<br>(part) | 09/16/20 | J | A | |
| 54.   -Fideilty Blue Chip Growth Fund | B | Dividend | K | T | Buy | 03/11/20 | K | | |
| 55.   -Fidelity Conservative Income Muni Bond CL I | A | Dividend | L | T | Buy | 02/04/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 03/03/20 | K | | |
| 57. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 58. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 60. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 61. | | | | | Sold<br>(part) | 08/03/20 | J | A | |
| 62. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 10/20/20 | K | | |
| 64. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 65.   -Fideliity SAI Municipal Income Fund | A | Dividend | L | T | Buy | 03/11/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 67. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 68. | | | | | Sold<br>(part) | 06/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 10/20/20 | K | | |
| 70. | -IShares Edge MSCI EAFE Min Vol EAFE ETF | A | Dividend | K | T | Buy | 05/06/20 | K | | |
| 71. | | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 73. | | | | | | Sold<br>(part) | 12/17/20 | J | A | |
| 74. | -IShares Edge MSCI USA Momentum Factor ETF | A | Dividend | K | T | Buy | 03/27/20 | J | | |
| 75. | | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 76. | -Vanguard Smal Cap Index Fund | A | Dividend | L | T | Buy | 04/06/20 | K | | |
| 77. | -SPDR Ser TR Nuveen BBG Brcly | A | Dividend | L | T | Buy | 06/09/20 | K | | |
| 78. | | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 79. | | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 81. | -Fidelity International Value Fund | A | Dividend | | | Buy | 03/03/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 03/11/20 | K | | |
| 83. | | | | | | Sold | 05/05/20 | K | A | |
| 84. | -FAI SAI Intnl Low Volatility Index Fund | A | Dividend | | | Buy | 03/11/20 | J | | |
| 85. | | | | | | Sold | 05/05/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -FIdelity SAI US Treasury Bond Index | A | Dividend | | | Buy | 05/05/20 | J | | |
| 87. | | | | | Sold | 06/08/20 | J | A | |
| 88. -IShares TR EAFE Value ETF | A | Dividend | | | Buy | 02/05/20 | K | | |
| 89. | | | | | Sold | 03/12/20 | K | A | |
| 90. -Fidelity Advisor Global Comm Stock CL I | A | Dividend | | | Buy | 02/04/20 | J | | |
| 91. | | | | | Sold | 03/11/20 | J | A | |
| 92. -Ishares Russell 2000 ETF | A | Dividend | | | Buy | 02/05/20 | K | | |
| 93. | | | | | Sold | 03/12/20 | J | A | |
| 94. Fidelity IRA (H) | | | | | | | | | |
| 95. -Fidelity Govn. Cash Reserves | A | Interest | J | T | | | | | |
| 96. -I Share Core U.S. Aggregate Bond Fund ETF | C | Dividend | K | T | | | | | |
| 97. Inherited IRA (H) | | | | | | | | | |
| 98. -Vanguard Wellington Fund Admiral | A | Dividend | L | T | Distributed (part) | 04/06/20 | J | A | |
| 99. Schwab Rollover IRA (H) | | | | | | | | | |
| 100. -Vanguard Developed Markets Index Fund Admiral | A | Dividend | | | Sold | 02/12/20 | L | D | |
| 101. -Vanguard Emerging Markets Stock Index Fund Adm | B | Dividend | K | T | Sold (part) | 02/12/20 | K | B | |
| 102. -Vanguard Inflation Protect Sec Adm Fund | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Vanguard Long Term Investment Growth Fund Adm | A | Dividend | | | Sold | 02/12/20 | J | A | |
| 104. -Vanguard Mid Cap Value Index Fund Adm | D | Dividend | L | T | Sold (part) | 02/12/20 | K | D | |
| 105. -Vanguard Global Cycles Investor f/k/a Precious Metals & Mining Fund | A | Dividend | | | Sold | 02/12/20 | K | A | |
| 106. -Vanguard REIT Index Fund Adm | D | Dividend | K | T | Sold (part) | 02/12/20 | K | D | |
| 107. -Vanguard Wellington Fund Admiral | A | Dividend | N | T | | | | | |
| 108. -Vanguard Global Ex US Real Estate Index FD ETF | A | Dividend | K | T | Sold (part) | 02/12/20 | K | B | |
| 109. -Vanguard FTSE Developed MRKTS ETF | C | Dividend | M | T | | | | | |
| 110. -Vanguard Short Term Bond ETF | C | Dividend | M | T | | | | | |
| 111. -Vanguard Small Cap ETF | A | Dividend | L | T | Sold (part) | 02/12/20 | K | D | |
| 112. -Vanguard Total Bond Market ETF | E | Dividend | O | T | | | | | |
| 113. -Schwab US Dividend ETF | A | Dividend | M | T | Buy | 02/12/20 | M | | |
| 114. -Vanguarg S & P 500 ETF | A | Dividend | N | T | Buy | 02/12/20 | N | | |
| 115. Allianz Inherited Fixed Rate Annuity | A | Dividend | | | Distributed | 04/30/20 | J | A | |
| 116. Roth IRA (H) | | | | | | | | | |
| 117. -Fidelity Total Market Index Fund | A | Dividend | | | Sold (part) | 01/24/20 | J | A | |
| 118. | | | | | Sold | 04/24/20 | J | A | |
| 119. -Fidelity SAI Inflation Focused FD | A | Dividend | | | Sold | 03/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Strategic Advisers FID Emerging Markets | A | Dividend | K | T | | | | | |
| 121.  -Strategic Advisers FID US Total Stock | D | Dividend | N | T | | | | | |
| 122.  -Strategoc Advisers Fidelity Intl Fund | B | Dividend | L | T | | | | | |
| 123.  -Fidelity SAI International Index | A | Dividend | L | T | | | | | |
| 124.  -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 125.  -Fidelity Captial & Income | A | Dividend | J | T | | | | | |
| 126.  -Strategic Advisers Fidelity Core Income | B | Dividend | K | T | | | | | |
| 127.  -Federal Govt. Cash Reserves | A | Interest | J | T | | | | | |
| 128.  -Fideilty Real Estate Investment Fund | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 130.  -Fidelity Real Estate Income Fund | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 132.  -Fidelity Advisor High Income Fund CL | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 133. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 134.  Joint RE Account (H) | | | | | | | | | |
| 135.  -Fidelity Govt. Money Market | A | Interest | J | T | | | | | |
| 136.  -FIMM Money Market Portfolio CL | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Joint Reg Account (H) | | | | | | | | | |
| 138. -FDIC Insured Deposit Goldman Sachs Bank | A | Interest | J | T | | | | | |
| 139. -FIMM Money Market Portfolio CL | A | Interest | L | T | | | | | |
| 140. -Fidelity Balanced Fund | B | Dividend | L | T | Buy | 07/29/20 | L | | |
| 141. Joint Chase Passbook Account | A | Interest | J | T | | | | | |
| 142. G Fidelity IRA (H) | | | | | | | | | |
| 143. -Fidelity Strategic Advisers Core Fund | D | Dividend | | | Merged<br>(with line 179) | 11/20/20 | M | | |
| 144. -Fidelity Strategic Advisers Growth Fund | D | Dividend | | | Merged<br>(with line 179) | 11/20/20 | L | | |
| 145. -Fidelity Strategic Advisers Value Fund | C | Dividend | | | Merged<br>(with line 179) | 11/20/20 | L | | |
| 146. -Fidelity Strategic Advisers Emerging Markets | A | Dividend | L | T | | | | | |
| 147. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 152. | | | | | Sold<br>(part) | 12/10/20 | J | | |
| 153. | | | | | Sold<br>(part) | 12/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Fidelity Strategic Advisers Small-Mid Cap Fund | B | Dividend | L | T | | | | | |
| 155. -Fidelity Strategic Advisers International Fund | C | Dividend | M | T | Buy (add'l) | 04/01/20 | J | | |
| 156. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 157. | | | | | Sold (part) | 06/05/20 | J | A | |
| 158. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 159. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 160. | | | | | Sold (part) | 12/10/20 | J | A | |
| 161. -Fidelity SAI US Large Cap Index | A | Dividend | K | T | Sold (part) | 01/23/20 | J | B | |
| 162. | | | | | Sold (part) | 04/27/20 | J | A | |
| 163. -Fidelity SAI International Index | A | Dividend | | | Sold | 06/30/20 | J | A | |
| 164. -Fidelity SAI Emerging Markets Index | A | Dividend | | | Sold | 06/30/20 | J | A | |
| 165. -AQR Managed Futures Fund CL N | A | Dividend | J | T | Sold (part) | 12/17/20 | J | A | |
| 166. -Fidelity Strategic Advisers Short Duration Fund | A | Dividend | | | Sold | 09/11/20 | J | B | |
| 167. -Fidelity Strategic Advisers Income Opportunities | A | Dividend | K | T | Buy (add'l) | 04/27/20 | J | | |
| 168. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 169. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 170. | | | | | Buy (add'l) | 07/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 175. -Fidelity Strategic Advisers Core Income Fund | E | Dividend | N | T | | | | | |
| 176. -Eaton Vance GL Macro Absolute Return Advt A | A | Dividend | J | T | | | | | |
| 177. -Pimco Commodity Real Return Inst | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 178. -FIMM Government Portfolio Instl CL | A | Interest | | | Sold | 06/30/20 | K | A | |
| 179. -Fidelity Strategic Advisers Large Cap Fund | A | Dividend | N | T | Buy | 11/20/20 | J | | |
| 180. | | | | | Sold<br>(part) | 12/10/20 | K | A | |
| 181. | | | | | Sold<br>(part) | 12/17/20 | J | A | |
| 182. -Cohen & Streers Realty Shares | A | Dividend | K | T | Buy | 03/02/20 | J | | |
| 183. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 186. -Fidelity Government Cash Reserves | A | Interest | K | T | Buy | 06/30/20 | K | | |
| 187. G Fidelity Cash Account (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -FDIC Insured Deposit at HSBC Bank | A | Interest | K | T | | | | | |
| 189.  -FMMM Money Market Potfolio CL | B | Interest | M | T | | | | | |
| 190.  G Fidelity Roth IRA (H) | | | | | | | | | |
| 191.  -Fidelity Total Market Index Fund | A | Dividend | | | Sold | 04/24/20 | J | A | |
| 192.  -Fidelity SAI Inflation Focused FD | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 193.  -Strategic Advisers FID Emerging Markets | A | Dividend | J | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 194.  -Strategic Advisers FID US Total Stock | B | Dividend | L | T | Buy<br>(add'l) | 12/14/20 | K | | |
| 195.  -Strategic Advisers Fidelity Intl Fund | A | Dividend | J | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 196.  -Fidelity SAI International Index | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 197.  -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 198.  -Fidelity Capital & Income | A | Dividend | J | T | | | | | |
| 199.  -Strategic Advisers Fidelity Core Income | A | Dividend | J | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 200.  -Fidelity Real Estate Investment Fund | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 201.  -Fidelity Real Estate Income Fund | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 202.  -Fidelity Advisor High Income Fund CL | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 203.  -Fidelity Government Cash Reserves | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 204.  G Fidelity Investment Account (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Fidelity Advisor Intl Growth CL Z | A | Dividend | J | T | | | | | |
| 206. -Fidelity Growth Company | B | Dividend | K | T | | | | | |
| 207. -Fidelity Value Discovery | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 208. -Aberdeen Emerging Markets FD Instl SV CL | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 209. -LSV Value Equity Fund Investor | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 210. -Invesco Oppenheimer Intl Growth R6 | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 211. -Causeway Emerging Mrkts FD Inv CL | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 212. -Dodge & Cox International Stock Fund | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 213. -JP Morgan Mid Cap Value Fund Class I | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 214. -Oakmark Fund Investor Class | A | Dividend | J | T | | | | | |
| 215. -Janus Henderson Enterprise T | A | Dividend | J | T | | | | | |
| 216. -Loomis Sayles Growth Cl A | A | Dividend | J | T | | | | | |
| 217. -MFS Internatinal Intrinsic Value CL A | A | Dividend | J | T | | | | | |
| 218. -T Rowe Price International Discovery Fund I CL | A | Dividend | | | Sold | 04/21/20 | J | A | |
| 219. -T Rowe Price Emerging Markets Stock Fund I | A | Dividend | J | T | | | | | |
| 220. -Transamerica Intl. Equity CL I | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 221. -Fidelity Tax Free Bond | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. -Stragegic Adv Tax Sensitive Short Dura | A | Dividend | K | T | | | | | |
| 223. -Blackrock National Muni Fund CL A | A | Dividend | J | T | Sold<br>(part) | 04/02/20 | J | A | |
| 224. | | | | | Sold<br>(part) | 10/30/20 | J | A | |
| 225. -Western Asset Managed Muni CL A | A | Dividend | | | Sold | 05/19/20 | J | A | |
| 226. -MFS Municipal Income Class A | A | Dividend | | | Sold | 04/02/20 | K | A | |
| 227. -Mainstay Mackay High Yield Muni Bd CL A | A | Dividend | J | T | Sold<br>(part) | 05/19/20 | J | A | |
| 228. -Wells Fargo Muni Bond FD-Admin CL | A | Dividend | J | T | | | | | |
| 229. -Fideility Government Cash Reserves | A | Interest | J | T | | | | | |
| 230. -Flexshares Trust Morningstar Global | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 231. -Ishares S&P 500 Growth ETF | A | Dividend | J | T | | | | | |
| 232. -Ishares MSCI EAFE ETF | A | Dividend | J | T | Sold<br>(part) | 04/03/20 | J | A | |
| 233. | | | | | Sold<br>(part) | 12/10/20 | J | C | |
| 234. -Ishares Russell 1000 ETF | A | Dividend | | | Sold | 12/10/20 | J | A | |
| 235. -Isharaes Edge MSCI USA Momentum | A | Dividend | | | Sold | 12/10/20 | J | B | |
| 236. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | | | Sold | 04/03/20 | J | A | |
| 237. -Ishares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 238. -Vanguard Index FDS Vanguard Small Cap | A | Dividend | | | Sold | 04/03/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -Vanguard Index FDS Vanguard Large Cap | A | Dividend | | | Sold | 12/10/20 | J | C | |
| 240.  -Ishares TR US Treas BD ETF | A | Dividend | | | Sold | 06/04/20 | K | A | |
| 241.  -BP PLC Sponsored ADR | A | Dividend | | | Sold | 04/03/20 | J | A | |
| 242.  -Fidelity Emergency Markets | A | Dividend | J | T | Buy | 05/22/20 | J | | |
| 243.  -Fidelity Blue Chip Value | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 244.  -Acadian Emerging Markets Port Investor Fund | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 245.  -Causeway Internatoinal Value Investor Fund | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 246.  -DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 247.  -Harbor International Institutions | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 248.  -Oakmark Interenational Investor Fund | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 249.  -MFS Research International Class A | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 250.  -T Rowe Price Overseas Stock I CL | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 251.  -Transamerica International Small Cap Value I | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 252.  -Fidelity SAI Tax Free Bond Fund | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 253.  -DWS Managed Muni Bond Fund S | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 254.  -Mainstay Mackay Tax Free Bond CL A | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 255.  -T Rowe Price Tax Free High Yield Fund | A | Dividend | J | T | Buy | 05/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -T Rowe Price Summit Municipal Income Fund | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 257. -Vanguard Long Term Tax Exempt Admiral Fund | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 258. -I Shares S & P 500 | A | Dividend | J | T | | | | | |
| 259. -I Shares MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 260. -I Shares Russell 1000 Index Fund | A | Dividend | L | T | | | | | |
| 261. -I Shares Trust S & P Mid Capital | A | Dividend | J | T | | | | | |
| 262. -I Shares Core S & P Small Cap E | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 263. -Vanguard Tax Managed International FD FTSE Dev Market ETF | A | Dividend | J | T | | | | | |
| 264. -Vanguard Index FDS Vanguard Value ETF | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 265. -I Shared US Real Estate ETF | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 266. -I Shared Russell 1000 Value ETF | A | Dividend | K | T | Buy | 04/03/20 | K | | |
| 267. G Fidelity Z Cash Account (H) | | | | | | | | | |
| 268. -FDIC Insuredd Deposit at Wells Fargo Bk | A | Interest | J | T | | | | | |
| 269. -FIMM Money Market Portfolio CL I | A | Interest | J | T | | | | | |
| 270. G Fidelity Deferred Annuity (H) | | | | | | | | | |
| 271. -Fidelity VIP Balanced | D | Dividend | K | T | | | | | |
| 272. G Schwab Investment Account (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Schwab Bank Savings Sweep | A | Interest | J | T | | | | | |
| 274. -Charles Schwab US Reit | A | Dividend | J | T | | | | | |
| 275. -Ishares Broad USD HG Yld | A | Dividend | | | Sold | 06/22/20 | J | A | |
| 276. -Ishares Gold ETF | A | Dividend | J | T | | | | | |
| 277. -Schwab Emerging Markets | A | Dividend | J | T | | | | | |
| 278. -Schwab Funda Emg Mkts | A | Dividend | J | T | | | | | |
| 279. -Vanguard Glbal Ex US | A | Dividend | J | T | | | | | |
| 280. -Vanguard Muni Bnd Tax | A | Dividend | J | T | | | | | |
| 281. -XTrackers USD High Yld | A | Dividend | J | T | | | | | |
| 282. -Invesco FTSE RAFI Emergencing Markets ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 283. -Schwab Fundamental Intl Large Com ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 284. -Schwab Fundamental Intl Small Com ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 285. -Schwab Fundamental US Large Co ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 286. -Schwab Fundemental US Small Com ETF | A | Dividend | J | T | Buy | 07/03/20 | J | | |
| 287. -Schwab International Equity ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 288. -Schwab International Small Cap ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 289. -Schwab US Large Cap ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  -Schwab US Small Cap ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 291.  -Schwab US Tips ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 292.  -SPDR Bloomberg Barcly Emerginging Marktes LCL ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 293.  -Xtrackers International Real Estate ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 294.  G Exelon Stock | A | Dividend | J | T | | | | | |
| 295.  G Alliant CD | A | Dividend | | | Matured | 08/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baer, Janet S.** | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Janet S. Baer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544